FILED
CLERK, U.S. DISTRICT COURT

10/5/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; DAVID SINGLETARY<br><br>  Plaintiffs<br><br>v.<br><br>JONG-YEE HUANG; MIN-HSIU HUANG; JEAN SCOTT, Manager, Autumn Ridge Apartments; and DOES 1 THROUGH 10, Inclusive<br><br>  Defendants | Case No.: 5:17-cv-00671-MWF-DTB<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

///
///
///
///
///
///
///

1  IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants JONG-YEE HUANG; MIN-HSIU HUANG; JEAN SCOTT, Manager, Autumn Ridge Apartments be dismissed with prejudice from Plaintiffs' Complaint and Plaintiffs' Complaint be dismissed with prejudice in its entirety, Case Number 5:17-cv-00671-MWF-DTB.

**IT IS SO ORDERED.**

Dated: October 5, 2017

_____
Honorable Michael W. Fitzgerald